## THURSTON v. BOARDMAN ET AL.

From the Marion Superior Court.

*P. W. Bartholomew,* for appellant.

*W. C. Lamb,* for appellees.

DOWNEY, J.—The assignment of errors in the general term of the superior court is not in the record. See *Wilson* v. *Harrison,* 44 Ind. 468.

The judgment is affirmed, with costs.